| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Tara J Black** | Social Security number or ITIN:   xxx–xx–9655 |
| | First Name   Middle Name   Last Name | EIN:   _ _ – _ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   _ _ _ _<br>EIN:   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Northern District of Illinois | Date case filed for chapter:   13   3/13/24 |
| Case number: | 24–03596 | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tara J Black | |
| 2. | **All other names used in the last 8 years** | aka Tara J Southward, aka Tara J Southward–Black | |
| 3. | **Address** | 514 Ridge Ave<br>Evanston, IL 60202 | |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312–431–1300 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 3/14/24 |

**For more information, see page 2**

Debtor **Tara J Black**                                                   Case number **24–03596**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 4, 2024 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 746 523 0004, and Passcode 0225301968, OR call 1–872–282–7124**<br><br>For additional meeting information, go to www.justice.gov/ust/moc . |

| | | |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | Filing deadline: 6/3/24 |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | Filing deadline: 5/22/24 |
| | **Deadline for governmental units to file a proof of claim:** | Filing deadline: 9/9/24 |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing deadline: 30 days after the *conclusion* of the meeting of creditors |

| | |
|---|---|
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/1/24 at 10:00 AM** , Location: **Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom. To appear by video, use this link: https://www.zoomgov.com/ or to appear by telephone, call Zoom for Government at 1–669–254–5252 or 1–646–828–7666. Then enter the meeting ID 160 9362 1728 and no passcode needed.**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4,500.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                              Case No. 24-03596-DLT
Tara J Black                                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1                          User: admin                                    Page 1 of 4
Date Rcvd: Mar 14, 2024                       Form ID: 309I                                   Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tara J Black, 514 Ridge Ave, Evanston, IL 60202-2818 |
| 30735984 | | American Home Shield, Attn Bankruptcy, PO Box 2893, Memphis, TN 38101-2803 |
| 30735985 | + | Amricash Loans, 2400 E Devon Ave, Des Plaines, IL 60018-4619 |
| 30735987 | #+ | Aronberg Goldgehn Davis & Garmisa, 330 N Wabash AVe, Chicago, IL 60611-7765 |
| 30735990 | | Benefeds Healthcare, PO box 797, Greenland, NH 03840-0797 |
| 30735993 | | Chase Bank, Attn Bankruptcy, PO box 152898, Wilmington, DE 19850 |
| 30735997 | #+ | Coronis Health, 5963 Exchange Dr Suite 114, Sykesville, MD 21784-9256 |
| 30736000 | + | DNF Associaes LLC, 2351 North Forest Road, Suite 110, Getzville, NY 14068-9902 |
| 30736002 | + | First Midwest Bank, 8750 W Bryn Mawr Ave, Chicago, IL 60631-3655 |
| 30736003 | + | Freedman Anselmo Lindbert & Rappe, 1771 West Diehl Road, Suite 120, Naperville, IL 60563-4917 |
| 30736005 | + | Harris Trust Savings, 111 W Monroe St, Chicago, IL 60603-4095 |
| 30736006 | | Household Bank, 2012 Corporate Lane, City of Industry, CA 91716 |
| 30736009 | + | Institute for Theraby through the A, 2130 Green Bay Road, Evanston, IL 60201-3026 |
| 30736011 | | Kohl's, PO Box, Milwaukee, WI 53201 |
| 30736012 | + | Law Office of Robert M Kamm, 790 Frontage Rd, Winnetka, IL 60093-1204 |
| 30736013 | + | Lurie Childrens Hospital, PO Box 4066, Carol Stream, IL 60197-4066 |
| 30736016 | #+ | Migdal Law Group LLP, PO Box 64600, Chicago, IL 60664-0600 |
| 30736021 | + | North Shore Pediatric Therapy, 950 Lee St, Des Plaines, IL 60016-6532 |
| 30736026 | + | Plunkett's Pest Control/Varment Gua, 40 52nd Way Northeast, Minneapolis, MN 55421-1014 |
| 30736027 | | R.A. Rogers Inc Collection Consulta, PO Box 3302, Crofton, MD 21114-0302 |
| 30736031 | + | Steve Fink, 25 E Washington St #1233, Chicago, IL 60602-1876 |
| 30736035 | | Synchrony Bank/Allegro Credit, PO Box 748966, Los Angeles, CA 90074-8966 |
| 30736040 | | USDA National Finance Center, DPRS Collections, PO Box 790341, Saint Louis, MO 63179-0341 |
| 30736041 | | USDA National Finance Center, DPRS Billing Unit, PO Box 61760, New Orleans, LA 70161-1760 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cutlerfilings@gmail.com | Mar 14 2024 22:30:00 | David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076 |
| tr | + | Email/Text: courtnotices@chi13.com | Mar 14 2024 22:31:00 | Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604-2503 |
| ust | + | Email/Text: USTPREGION11.ES.ECF@USDOJ.GOV | Mar 14 2024 22:31:00 | Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604-2027 |
| 30735988 | + | EDI: ATTWIREBK.COM | Mar 15 2024 02:24:00 | AT&T, c/o Bankruptcy, 4331 Communications Dr, Dallas, TX 75211-1300 |
| 30735983 | + | Email/Text: bankruptcy@rentacenter.com | Mar 14 2024 22:32:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 30735986 | + | EDI: AAFES | | |

District/off: 0752-1                            User: admin                                    Page 2 of 4
Date Rcvd: Mar 14, 2024                         Form ID: 309I                                   Total Noticed: 65

| | | | |
|---|---|---|---|
| | | Mar 15 2024 02:24:00 | Army & Air Force Exchange Service, Att CP Operatoins, PO Box 650038, Dallas, TX 75265-0038 |
| 30735989 | + | Email/Text: clientservices@fullcirclefs.com | |
| | | Mar 14 2024 22:31:00 | Axiom Acquisition Ventures LLC, 12425 Race Track Rd, Suite 100, Tampa, FL 33626-3102 |
| 30735991 | ^ | MEBN | |
| | | Mar 14 2024 22:27:48 | Blitt & Ganes, 775 Corporate Woods Parkway, Vernon Hills, IL 60061-3112 |
| 30735995 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | |
| | | Mar 14 2024 22:32:00 | ComEd, Bankruptcy Dept, 1919 Swift Drive, Oak Brook, IL 60523-1502 |
| 30735996 | | EDI: WFNNB.COM | |
| | | Mar 15 2024 02:24:00 | Comenit Bank/Kay Jewelers, PO Box 182789, Columbus, OH 43218-2789 |
| 30735998 | + | Email/Text: group_legal@creditunion1.org | |
| | | Mar 14 2024 22:32:00 | Credit Union 1, 200 E Champion Ave, Rantoul, IL 61866-2940 |
| 30735999 | | Email/Text: DMCCO.VBASPL@va.gov | |
| | | Mar 14 2024 22:32:00 | Department of Veteran Affairs, Deb Management Center, PO Box 11930, Saint Paul, MN 55111-0930 |
| 30736001 | + | Email/Text: bknotice@ercbpo.com | |
| | | Mar 14 2024 22:31:00 | Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 30736004 | | EDI: PHINHARRIS | |
| | | Mar 15 2024 02:25:00 | Harris & Harris Ltd, 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 30736007 | | Email/Text: rev.bankruptcy@illinois.gov | |
| | | Mar 14 2024 22:31:00 | Illinois Department of Revenue, PO Box 19035, Springfield, IL 62794-9035 |
| 30736008 | + | Email/Text: bankruptcy@getipass.com | |
| | | Mar 14 2024 22:31:00 | Illinois Tollway, 2700 Ogden Ave, Downers Grove, IL 60515-1703 |
| 30736010 | + | EDI: IRS.COM | |
| | | Mar 15 2024 02:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 30735992 | | EDI: JPMORGANCHASE | |
| | | Mar 15 2024 02:24:00 | Chase, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 30735994 | | EDI: JPMORGANCHASE | |
| | | Mar 15 2024 02:24:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 30736017 | | Email/Text: EBN@Mohela.com | |
| | | Mar 14 2024 22:31:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 30736014 | + | Email/Text: jeromecitron@sbcglobal.net | |
| | | Mar 14 2024 22:32:00 | Management Lakefront, c/o Jerom Citron, 120 Madison St, Unit 701, Chicago, IL 60602-4165 |
| 30736015 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Mar 14 2024 22:31:00 | Midland Credit Management Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 30736018 | + | Email/Text: bankruptcydepartment@tsico.com | |
| | | Mar 14 2024 22:32:00 | Nationwide Credit, PO Box 15130, Wilmington, DE 19850-5130 |
| 30736019 | + | EDI: NFCU.COM | |
| | | Mar 15 2024 02:25:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 30736020 | ^ | MEBN | |
| | | Mar 14 2024 22:28:20 | Nicor Gas, PO Box 5407, Carol Stream, IL 60197-5407 |
| 30736024 | | Email/Text: bkrgeneric@penfed.org | |
| | | Mar 14 2024 22:30:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313 |
| 30736025 | | Email/Text: PGLNSGBankruptcy@wecenergygroup.com | |
| | | Mar 14 2024 22:31:00 | Peoples Gas, Attn Bankruptcy, PO Box 6050, Carol Stream, IL 60197-6050 |
| 30736022 | | Email/Text: group_legal@creditunion1.org | |
| | | Mar 14 2024 22:32:00 | Paul B. Fichter, 450 E 22nd St Suite 250, Lombard, IL 60148-6176 |
| 30736023 | + | Email/Text: bkrgeneric@penfed.org | |
| | | Mar 14 2024 22:30:00 | Pentago Federal Credit Union, Box 1432, Alexandria, VA 22313-1432 |
| 30736028 | + | Email/Text: newbk@Regions.com | |
| | | Mar 14 2024 22:31:00 | Regions Bank, PO Box 11007, Birmingham, AL |

District/off: 0752-1                     User: admin                                    Page 3 of 4
Date Rcvd: Mar 14, 2024                  Form ID: 309I                                  Total Noticed: 65

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | 35288-0001 |
| 30736029 | + | Email/Text: shawn.temple@regions.com | Mar 14 2024 22:31:00 | Regions Mortgage, Attn: Bankruptcy, Po Box 18001, Hattiesburg, MS 39404-8001 |
| 30736030 |  | Email/Text: shawn.temple@regions.com | Mar 14 2024 22:31:00 | Regions Mortgage, PO Box 18001, Hattiesburg, MS 39404-8001 |
| 30736032 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Mar 14 2024 22:31:00 | Sunrise Banks, Attn: Bankruptcy, 200 University Avenue West, Saint Paul, MN 55103-2075 |
| 30736033 | + | EDI: SYNC | Mar 15 2024 02:24:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30736034 | + | EDI: SYNC | Mar 15 2024 02:24:00 | Synchrony Bank/ABT, PO Box 960012, Orlando, FL 32896-0012 |
| 30736036 | + | EDI: SYNC | Mar 15 2024 02:24:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30736037 | + | EDI: SYNC | Mar 15 2024 02:24:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30736038 | + | EDI: LCITDAUTO | Mar 15 2024 02:24:00 | TD Auto Finance, 27777 Inkster Rd, Farmington Hills, MI 48334-5310 |
| 30736039 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 14 2024 22:32:00 | Transworld Systems Inc, 500 Virginia Dr. Suite 514, Fort Washington, PA 19034-2733 |
| 30736042 |  | EDI: VERIZONCOMB.COM | Mar 15 2024 02:24:00 | Verizon Wireless, PO Box 16810, Newark, NJ 07101-6810 |
| 30736043 | + | EDI: COMCASTCBLCENT | Mar 15 2024 02:24:00 | Xfinity/Comcast, c/o Bankruptcy Dept, 1701 JFK Boulevard, Philadelphia, PA 19103-2838 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David H Cutler | on behalf of Debtor 1 Tara J Black cutlerfilings@gmail.com  r48280@notify.bestcase.com |
| Marilyn O Marshall | |

User: admin
Form ID: 309I    Total Noticed: 65

courtdocs@chi13.com

Patrick S Layng

USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 3