Form G-3 (20240417)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION ▼DIVISION

In re: Tara J Black )  Chapter 13 ▼
            )
            )  No. 24-03596
            )
Debtor(s)   )  Judge Deborah L. Thorne

### Notice of Motion and Shorten Notice

TO: Marilyn O Marshall, Chapter 13 Trustee notice via ECF delivery system
Additional Creditors, See attached service list

PLEASE TAKE NOTICE that on May 22, 2024, at 9:15 a.m ▼, I will appear before the Honorable Deborah L. Thorne ▼, or any judge sitting in that judge's place, **either** in courtroom 682 of the Everett McKinley Dirksen United States Courthouse ▼, 219 S. Dearborn Street, Chicago, IL 60604 ▼or electronically as described below, and present the motion of the Debtor [to/for] AUTHORIZE LOAN MODIFICATION, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 9362 1728, and the passcode is Non Required. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: /s/David H Cutler
/s/ David H. Cutler
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St., Skokie IL 60076
(847) 673-8600

## **CERTIFICATE OF SERVICE**

I, David H Cutler                              ,

[X] an attorney, certify

- or -

[ ] a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on May 16, 2024          , at 5:00    p.m [▼] *

/s/David H Cutler
[Signature]

*All applicable boxes must be checked and all blanks filled in.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 24-03596 |
| Tara J Black | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Deborah L. Thorne (Cook) |

MOTION TO AUTHORIZE LOAN MODIFICATION & SHORTEN NOTICE

NOW COMES the Debtor, Tara J Black, (hereinafter referred to as "DEBTOR'), by and through her attorneys, Cutler and Associates, Ltd., and moves this Honorable Court for entry of an Order Authorizing the LOAN MODIFICATION, and in support thereof, respectfully represent as follows:

1. On March 13. 2024 Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. The plan has not yet been confirmed.

3. The proposed plan pays 10% to the General Unsecured Creditors and the payment is $1,138 per month for 60 months.

4. Debtor would like to accept an offer to modify her mortgage loan securing his real property located at 514 Ridge Ave Evanston, IL 60202.

5. At the time of filing of this case, the loan balance on his mortgage obligation was in the amount of $433,060.88.

6. The loan balance is currently, $433,060.88 which includes any past due balances.

7. The Debtor seeks the loan modification as her property taxes have increased and her escrow balance was not sufficient to cover the full amount, additionally there was unpaid interest due on the loan. The loan modification will allow for the total

       amount $10,75.55 to be put on to the back end of the loan as such increase the total loan amount due to $433,736.43

8. The new proposed principal balance of the Debtor's loan will be $443,736.43 (See Exhibit A).

9. At the time of filing the Debtors mortgage payment was $2,989.08, which increased significantly due to the increased taxes and unpaid interest to $3,971.

10. The new monthly mortgage payment will be $3,414.80 which includes monthly principal, interest and escrow.

11. The loan modification will allow the Debtor to continue to appropriately budget her household expenses and afford her plan payment.

12. The current interest rate is 3.500%.

13. The new interest rate will be 3.500%.

14. Debtor requests that this Honorable Court grant authority to modify her current mortgage loan.

15. Debtor brings this motion on shorten notice as the modification must be executed before May 25, 2024, if Debtor fails to have the modification executed by this date she will face undue harm in having her mortgage payment become unaffordable with the increased tax amount and unpaid interest due.

WHEREFORE, Debtor respectfully prays that this Court enter an order granting authority for her to modify her mortgage with Regions Bank, and shorten notice and for such other and further relief this court deems just and equitable.

                                          /s/ *David H. Cutler*
                                          David H. Cutler, ESQ
                                          Attorney for Debtor(s)

                                                                    Cutler & Associates Ltd.
                                                                    4131 Main St.
                                                                     Skokie IL 60076
                                                                     (847) 673-8600