UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: 24-03596 | |
| Tara J Black ) | | |
| ) | Chapter: 13 | |
| ) | Honorable Deborah L. Thorne | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER DENYING MOTION FOR APPROVAL OF LOAN MODIFICATION

This matter coming to be heard on the motion of the debtor for approval of a modification of an existing loan;

IT IS HEREBY ORDERED THAT:

The motion is denied. There is no provision of the Bankruptcy Code that calls for the Court to approve a modification of an existing loan agreement. The parties are free to go forward with the transaction without Court approval.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: May 22, 2024